UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SABASTIAN PATRICK WILLIAMS,

        Plaintiff,

Case No. 2:09-CV-59

v.

Hon. Gordon J. Quist

JIM WALLIS, *et al.*,

        Defendants.

_____/

# ORDER APPROVING
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action filed on February 16, 2010. The Report and Recommendation was served on the parties the same day. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed February 16, 2010, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (docket no. 13) is **DENIED**.

Dated: March 12, 2010                                                 /s/ Gordon J. Quist
                                                                                    GORDON J. QUIST
                                                                       UNITED STATES DISTRICT JUDGE