UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SABASTIAN PATRICK WILLIAMS,

    Plaintiff,

v.

JIM WALLIS, *et al.*,

    Defendants.
_____/

Case No. 2:09-CV-59

Hon. Gordon J. Quist

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action filed on August 20, 2010. The Report and Recommendation was served on the parties the same day. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed August 20, 2010, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Temporary Restraining Order (docket no. 19) is **DENIED**.

Dated: September 15, 2010                      /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE